

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00152-CV

## IN THE INTEREST OF P.E., A CHILD

**From the County Court at Law No. 2
Johnson County, Texas
Trial Court No. CC-D20190070**

## MEMORANDUM OPINION

Appellant attempts to appeal the trial court's Order of Termination signed on March 5, 2020.  Because an appeal in a parental rights termination case is governed by the rules of appellate procedure for accelerated appeals, the notice of appeal was due March 25, 2020.  *See* TEX. R. APP. P. 26.1(b); 28.4(a)(1). Appellant's notice of appeal was not filed until June 3, 2020.

The Texas Department of Family and Protective Services filed a Motion to Dismiss this appeal because appellant's notice of appeal is untimely.

More than 10 days have passed, and appellant has not responded to the Department's motion.  *See* TEX. R. APP. P. 10.3(a).

Accordingly, the Department's Motion to Dismiss is granted, and this appeal is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Motion granted
Appeal dismissed
Opinion delivered and filed August 7, 2020
[CV06]

